## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: John Warren Illingworth                    CHAPTER 13
      Judith  Marie Illingworth
          Debtor(s)                       BKY. NO. 23-11784 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Ruby Stone Trust, A Delaware Statutory Trust and index same on the master mailing list.

                    Respectfully submitted,

               /s/ *Michael Farrington*
               Michael Farrington
               06 Feb 2024, 13:23:59, EST

               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106-1532
               (215) 627-1322