United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-11784-pmm
John Warren Illingworth  Chapter 13
Judith Marie Illingworth
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Mar 14, 2024      Form ID: 155      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Warren Illingworth, Judith Marie Illingworth, 1335 Detweiler Avenue, Hellertown, PA 18055-1449 |
| 14808020 | + | Ally Bank c/o AIS Portfolio Services, LLC, Payment Processing Center, P.O. Box 78367, Phoenix AZ 85062-8367 |
| 14791140 | + | Borough of Hellertown, 685 Main Street, Hellertown, PA 18055-1745 |
| 14792564 | + | Deutsche Bank National Trust Company,Indenture Tru, c/o Sarah K. McCaffery, Esquire, 298 Wissahickon Avenue, North Wales PA 19454-4156 |
| 14791143 | | Michael E. Corriere, Esquire, 4333 Broad Street, Bethlehem, PA 18018 |
| 14791144 | + | Michelle DeWald, 44 E. Broad Street, Suite 25, Bethlehem, PA 18018-5920 |
| 14791146 | | Nationstar dba Mr. Cooper, P.O. Box 199111, Dallas, TX 75235 |
| 14791148 | | Pennsylvania Department of Revenue, Bureau of Individual Taxes, P.O. Box 280432, Harrisburg, PA 17128-0432 |
| 14791149 | + | Robert L. Baroskaq, III, Esquire, 2 Industrial Way West, Eatontown, NJ 07724-2265 |
| 14864000 | + | Ruby Stone Trust, A Delaware Statutory Trust, c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14791150 | + | Russell E. Bryant, Esquire, P.O. Box 391, Norristown, PA 19404-0391 |
| 14804453 | + | Saucon Valley School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14804767 | + | Saucon Valley School District, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14804452 | + | Saucon Valley School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14791151 | + | Saucon Valley School District, 2097 Polk Valley Road, Hellertown, PA 18055-2400 |
| 14791153 | + | Thomas C. Dyer, Esquire, Hladik, Onorato & Federman, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14791138 | ^ | MEBN | Mar 15 2024 00:10:16 | AES/Truist Bank, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14792163 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 15 2024 00:27:50 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14792563 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 15 2024 00:27:53 | Ally Bank Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14807827 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 15 2024 00:28:31 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14791139 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 15 2024 00:12:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14791141 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2024 00:28:32 | Capital One Bank (USA) N.A., 15000 Capital One Drive, Henrico, VA 23238 |
| 14810380 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 15 2024 00:13:00 | Deutsche Bank National Trust Company, et al., c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 14822869 | Email/Text: ECMCBKNotices@ecmc.org | Mar 15 2024 00:13:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14800707 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 15 2024 00:13:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7317, Philadelphia, PA 19101-7317 |
| 14791145 | Email/Text: EBN@Mohela.com | Mar 15 2024 00:12:00 | MOHELA/Dept. of ED, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14839274 | Email/Text: EBN@Mohela.com | Mar 15 2024 00:12:00 | US Department of Education/MOHELA, 633 Spirit Drive, 633 Spirit Drive, Chesterfield, MO 63005-633 |
| 14791147 | + Email/PDF: cbp@omf.com | Mar 15 2024 00:27:00 | One Main, 100 International Drive, 15th floor, Baltimore, MD 21202-4784 |
| 14807273 | + Email/PDF: cbp@omf.com | Mar 15 2024 00:28:32 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14804105 | + Email/Text: bncnotifications@pheaa.org | Mar 15 2024 00:13:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14792084 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2024 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14792565 | Email/Text: amps@manleydeas.com | Mar 15 2024 00:12:00 | Ruby Stone Trust, c/o Adam B. Hall, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14808769 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 15 2024 00:12:00 | Ruby Stone Trust, A Delaware Statutory Trust, c/o Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 14791152 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 15 2024 00:13:00 | Select Portfolio Servicing, Inc, 3815 South West Temple Street, Salt Lake City, UT 84115 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14792173 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14791142 | *+ | Internal Revenue Service, P.O. Box 37008, Hartford, CT 06176-7008 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ADAM BRADLEY HALL | on behalf of Creditor Ruby Stone Trust amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Ruby Stone Trust amps@manleydeas.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Saucon Valley School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Ruby Stone Trust A Delaware Statutory Trust mfarrington@kmllawgroup.com |
| MICHELLE DEWALD | on behalf of Debtor John Warren Illingworth mdewald@rcn.com |
| MICHELLE DEWALD | on behalf of Joint Debtor Judith Marie Illingworth mdewald@rcn.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes c/o Select Portfolio Servicing Inc. smccaffery@pincuslaw.com, ckohn@hoflawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    John Warren Illingworth ) | Case No. 23−11784−pmm |
| ) | |
| ) | |
|    Judith Marie Illingworth ) | Chapter: 13 |
| ) | |
|    Debtor(s). ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: March 14, 2024                                                                                             For The Court

                                                                                                           Patricia M. Mayer
                                                                                                           Judge, United States Bankruptcy Court