**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE ) | CHAPTER 13 |
| ) | |
| JOHN WARREN ILLINGWORTH, and ) | CASE NO.: 23-11784-PMM |
| JUDITH MARIE ILLINGWORTH, ) | |
| Debtors ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ ) | |
| ALLY BANK, ) | |
| Movant ) | **HEARING DATE:** |
| vs. ) | Tuesday, April 16, 2024 |
| ) | 10:00 A.M. |
| JOHN WARREN ILLINGWORTH, and ) | |
| JUDITH MARIE ILLINGWORTH, ) | |
| Respondent(s) ) | |
| and ) | |
| ) | **LOCATION:** |
| SCOTT F. WATERMAN ) | 201 Penn Street, Suite 103 |
| Trustee ) | Courtroom No. 4th Floor |
| ) | Reading, PA 19601 |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

*Ally Bank, has filed a Motion for Relief with the Court to Lift the Automatic Stay to Permit Ally Bank to Repossess Debtors' Property described as a 2014 Subaru XV Crosstrek Wagon 4D Limited Navigation/Moonroof AWD 2.0L I4 Auto, V.I.N. JF2GPAKC4E8323193.*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before April 08, 2024 you or your attorney must do <u>all</u> of the following:

      a) file an answer explaining your position at

*United States Bankruptcy Court Clerk*
*United States Bankruptcy Court,*
*Office of the Clerk, Room 103,*
*The Gateway Building,*
*201 Penn Street,*
*Reading, PA 19601*

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      b) mail a copy to the movant's attorney:

*Regina Cohen*
*Lavin, Cedrone, Graver, Boyd & DiSipio*
*Suite 500 190 North Independence Mall West 6th & Race Streets*
*Philadelphia, PA 19106*
*(215) 351-7551*
*(215) 627-2551 Fax*

   *and*

*Scott F. Waterman*
*2901 St. Lawrence Ave., Suite 100*
*Reading, PA 19606*

   *and*

*United States Trustee*
*Robert N.C. Nix Federal Building,*
*900 Market Street Suite 320*
*Philadelphia, PA 19107*

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3.   A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on Tuesday, April 16, 2024 at 10:00 A.M., Courtroom #4th Floor 201 Penn Street, Suite 103, Reading, PA 19601.

4.   If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.   You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: March 25, 2024