United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                 Case No. 23-11784-pmm
John Warren Illingworth                                                                Chapter 13
Judith Marie Illingworth
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Mar 25, 2024      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14808769 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 26 2024 00:36:00 | Ruby Stone Trust, A Delaware Statutory Trust, c/o Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Ruby Stone Trust amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Ruby Stone Trust  A Delaware Statutory Trust amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Ruby Stone Trust amps@manleydeas.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Saucon Valley School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 25, 2024 | Form ID: trc | Total Noticed: 1 |

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Ruby Stone Trust  A Delaware Statutory Trust mfarrington@kmllawgroup.com

MICHELLE DEWALD
    on behalf of Debtor John Warren Illingworth mdewald@rcn.com

MICHELLE DEWALD
    on behalf of Joint Debtor Judith Marie Illingworth mdewald@rcn.com

SARAH K. MCCAFFERY
    on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes c/o Select Portfolio Servicing Inc. smccaffery@pincuslaw.com, ckohn@hoflawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 23-11784-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| John Warren Illingworth<br>1335 Detweiler Avenue<br>Hellertown PA 18055 | Judith Marie Illingworth<br>1335 Detweiler Avenue<br>Hellertown PA 18055 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/22/2024.

Name and Address of Alleged Transferor(s):

Claim No. 7: Ruby Stone Trust, A Delaware Statutory Trust, c/o Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9741

Name and Address of Transferee:

Ruby Stone Trust, A Delaware Statutory Trust
c/o Rushmore Servicing
PO Box 619094
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  03/27/24

Tim McGrath
**CLERK OF THE COURT**