**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JOHN WARREN ILLINGWORTH, and JUDITH MARIE ILLINGWORTH | CASE NO.: 23-11784-PMM |
| Debtors | STIPULATION RESOLVING ALLY BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY |
| ALLY BANK | |
| Movant | |
| vs | |
| JOHN WARREN ILLINGWORTH, and JUDITH MARIE ILLINGWORTH | |
| Respondents | |
| and | |
| SCOTT F. WATERMAN | |
| Trustee | |

**ORDER APPROVING STIPULATION RESOLVING ALLY BANK'S
MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Ally Bank's Motion for Relief from Automatic Stay is approved.

By the Court,

*Patricia M. Mayer*

_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: May 7, 2024**