UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE:  CASE NO.: 23-11784
CHAPTER 13

**John Warren Illingworth,**
   Debtor.

**Judith Marie Illingworth,**
   Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

      Robertson, Anschutz, Schneid, Crane & Partners, PLLC
      Authorized Agent for Secured Creditor
      130 Clinton Rd #202
      Fairfield, NJ 07004
      Telephone: 470-321-7112

      By: /s/Robert Shearer
         Robert Shearer
         Email: rshearer@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on May 7, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JOHN WARREN ILLINGWORTH
1335 DETWEILER AVENUE
HELLERTOWN, PA 18055

JUDITH MARIE ILLINGWORTH
1335 DETWEILER AVENUE
HELLERTOWN, PA 18055

And via electronic mail to:

MICHELLE DEWALD, ESQUIRE
44 E. BROAD STREET, SUITE 25
BETHLEHEM, PA 18018

SCOTT F. WATERMAN
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE. SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
TRUSTEE ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET SUITE 320
PHILADELPHIA, PA 19107

                                                By: /s/ Amanda Nelson