United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 23-11784-pmm
John Warren Illingworth | Chapter 13
Judith Marie Illingworth
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: May 07, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2024:**

**Recip ID**      **Recipient Name and Address**
db/jdb      +    John Warren Illingworth, Judith Marie Illingworth, 1335 Detweiler Avenue, Hellertown, PA 18055-1449

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 09, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2024 at the address(es) listed below:

**Name**      **Email Address**

ADAM BRADLEY HALL
     on behalf of Creditor Ruby Stone Trust amps@manleydeas.com

ALYK L OFLAZIAN
     on behalf of Creditor Ruby Stone Trust amps@manleydeas.com

ALYK L OFLAZIAN
     on behalf of Creditor Ruby Stone Trust  A Delaware Statutory Trust amps@manleydeas.com

JAMES RANDOLPH WOOD
     on behalf of Creditor Saucon Valley School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

MICHAEL PATRICK FARRINGTON
     on behalf of Creditor Ruby Stone Trust  A Delaware Statutory Trust mfarrington@kmllawgroup.com

MICHELLE DEWALD
     on behalf of Debtor John Warren Illingworth mdewald@rcn.com

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 07, 2024 | Form ID: pdf900 | Total Noticed: 1 |

MICHELLE DEWALD
    on behalf of Joint Debtor Judith Marie Illingworth mdewald@rcn.com

REGINA COHEN
    on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com

SARAH K. MCCAFFERY
    on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes c/o Select Portfolio Servicing Inc. smccaffery@pincuslaw.com, ckohn@hoflawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOHN WARREN ILLINGWORTH, and JUDITH MARIE ILLINGWORTH | : | CASE NO.: 23-11784-PMM |
| Debtors | : | STIPULATION RESOLVING ALLY BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY |
| ALLY BANK | : | |
| Movant | : | |
| vs | : | |
| JOHN WARREN ILLINGWORTH, and JUDITH MARIE ILLINGWORTH | : | |
| Respondents | : | |
| and | : | |
| SCOTT F. WATERMAN | : | |
| Trustee | : | |

## ORDER APPROVING STIPULATION RESOLVING ALLY BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Ally Bank's Motion for Relief from Automatic Stay is approved.

By the Court,

*Patricia M. Mayer*

Date: May 7, 2024

_____
Patricia M. Mayer
United States Bankruptcy Judge