Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-11784-PMM**

John Warren Illingworth  
Judith Marie Illingworth  
1335 Detweiler Avenue  
Hellertown  PA    18055

Petition Filed Date: 06/19/2023  
341 Hearing Date: 08/29/2023  
Confirmation Date: 03/14/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $1,500.00 | | 09/14/2023 | $1,500.00 | | 10/18/2023 | $1,500.00 | |
| 11/27/2023 | $1,500.00 | | 01/05/2024 | $2,535.80 | | 02/05/2024 | $2,535.80 | |
| 03/06/2024 | $2,664.75 | | 04/10/2024 | $2,664.75 | | 05/10/2024 | $2,664.75 | |
| 06/10/2024 | $2,664.75 | | 07/18/2024 | $2,664.75 | | | | |

**Total Receipts for the Period: $24,395.35    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $27,060.10**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $2,600.00 | $2,600.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01S | Secured Creditors | $1,003.17 | $0.00 | $1,003.17 |
| 2 | PA DEPARTMENT OF REVENUE »» 01P | Priority Creditors | $198.92 | $136.04 | $62.88 |
| 3 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $3,065.83 | $0.00 | $3,065.83 |
| 4 | UNITED STATES TREASURY (IRS) »» 02P | Priority Creditors | $28,148.55 | $19,249.75 | $8,898.80 |
| 5 | UNITED STATES TREASURY (IRS) »» 02U | Unsecured Creditors | $26,662.10 | $0.00 | $26,662.10 |
| 6 | EDUCATIONAL CREDIT MGMT CORP »» 003 | Unsecured Creditors | $174,932.61 | $0.00 | $174,932.61 |
| 7 | SAUCON VALLEY SCHOOL DISTRICT »» 004 | Secured Creditors | $5,375.19 | $0.00 | $5,375.19 |
| 8 | ONE MAIN FINANCIAL GROUP LLC »» 05S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | ONE MAIN FINANCIAL GROUP LLC »» 05U | Unsecured Creditors | $4,670.45 | $0.00 | $4,670.45 |
| 10 | ALLY BANK »» 006 | Secured Creditors | $553.17 | $0.00 | $553.17 |
| 11 | RUSHMORE SERVICING »» 007 | Ongoing Mortgage | $16,202.19 | $0.00 | $16,202.19 |
| 12 | SELECT PORTFOLIO SERVICING INC »» 008 | Mortgage Arrears | $79,754.38 | $0.00 | $79,754.38 |
| 13 | MOHELA ON BEHALF OF »» 009 | Unsecured Creditors | $165,057.25 | $0.00 | $165,057.25 |
| 14 | BOROUGH OF HELLERTOWN | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 23-11784-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,060.10 | Current Monthly Payment: | $2,644.75 |
| Paid to Claims: | $21,985.79 | Arrearages: | ($11.05) |
| Paid to Trustee: | $2,676.04 | Total Plan Base: | $148,707.55 |
| Funds on Hand: | $2,398.27 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.