## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| **In re:**<br><br>**John Warren Illingworth,**<br>       Debtor<br><br>**Judith Marie Illingworth,**<br>       Joint/Co-Debtor<br><br>**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2006-2 ASSET BACKED NOTES**<br><br>       Movant<br><br>v.<br><br>**John Warren Illingworth,**<br>       Debtor<br><br>**Judith Marie Illingworth,**<br>       Joint Debtor<br><br>       Debtor/Respondent<br><br>**Scott F. Waterman, Esquire**<br>       Trustee/Respondent | **Bankruptcy No. 23-11784-pmm**<br><br>**Chapter 13**<br><br>Hearing Date: December 17, 2024<br>Hearing Time: 10:00a.m.<br>Location: Courtroom 4th Floor, United States Bankruptcy Court Eastern District of Pennsylvania The Gateway Building 201 Penn Street, Suite 103 Reading, PA 19601 |

### NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY RESPONSE DEADLINE AND HEARING DATE

Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1); for costs and disbursements of this action, and for such other and further relief as to the Court may deem just and proper.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before **December 10, 2024**, **you or your attorney must filed a response to the Motion**. (*see Instructions on next page*).

23-11784-pmm<br>24-208587<br>MFR

    (a) File an answer explaining your position at: United States Bankruptcy Court Eastern District of Pennsylvania The Gateway Building 201 Penn Street, Suite 103 Reading, PA 19601.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough that it will be received on or before the dates stated above; and

    (b) Mail a copy to the movant's attorney:

        Michelle L. McGowan, Esquire
        13010 Morris Rd., Suite 450
        Alpharetta, GA 30004
        Telephone: 470-321-7112
        Email: mimcgowan@raslg.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. **A hearing on the Motion is scheduled to be held before Judge Patricia M. Mayer** on **December 17, 2024 at 10:00 a.m. in Courtroom 4th Floor, United States Bankruptcy Court Eastern District of Pennsylvania The Gateway Building 201 Penn Street, Suite 103 Reading, PA 19601.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

Dated: November 25, 2024

        **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
        Attorney for Movant
        13010 Morris Rd., Suite 450
        Alpharetta, GA 30004
        Telephone: 470-321-7112
        By: /s/ Michelle L. McGowan
        Michelle L. McGowan
        PA Bar Number 62414
        Email: mimcgowan@raslg.com

23-11784-pmm
24-208587
MFR