# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:  John and Judith Illingworth,** | : | Chapter 13 |
| | : | |
| | : | Case No. 23-11784  PMM |
| | : | |
| **Debtors.** | : | |

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief ("the Motion") (doc. # 66) and the Response thereto (doc. #68);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **February 14, 2025**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

**Date:  1/14/25**

/Patricia M. Mayer/
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**