# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | |
|---|---|
| In re: <br><br> John Warren Illingworth, <br><br>    Debtor, <br><br> Judith Marie Illingworth, <br><br>    Joint Debtor. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2006-2 ASSET BACKED NOTES, <br><br>    Movant, <br><br>      v. <br><br> John Warren Illingworth, <br><br>    Debtor/Respondent, <br><br> Judith Marie Illingworth, <br><br>    Joint Debtor/Respondent, <br><br> Scott F. Waterman, Esquire, <br><br>    Trustee/Additional Respondent. | Bankruptcy No. 23-11784-pmm <br><br> Chapter 13 |

## PRAECIPE TO RE-LIST HEARING ON MOTION FOR RELIEF

Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes ("Movant") kindly requests the Motion for Relief filed November 25, 2024 at Docket Entry #66 be rescheduled for hearing on **Tuesday, March 11, 2025** at 10:00 A.M..

    Respectfully Submitted,

    **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
    Attorneys for Movant
    13010 Morris Rd., Suite 450
    Alpharetta, GA 30004
    Telephone: 470-321-7112
    By: /s/Sherri R. Dicks
    Sherri R. Dicks
    PA Bar Number 90600
    Email: sdicks@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>John Warren Illingworth,<br>    Debtor,<br>Judith Marie Illingworth,<br>    Joint Debtor.<br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2006-2 ASSET BACKED NOTES,<br><br>    Movant,<br>      v.<br>John Warren Illingworth,<br>    Debtor/Respondent,<br>Judith Marie Illingworth,<br>    Joint Debtor/Respondent,<br>Scott F. Waterman, Esquire,<br>    Trustee/Additional Respondent. | Bankruptcy No. 23-11784-pmm<br><br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on <u>February 14, 2025</u> I caused to be served the foregoing Praecipe to Relist Motion for Relief from Automatic Stay upon the below parties in this proceeding, by First Class Mail, postage prepaid, or electronic mail, at the following addresses:

John Warren Illingworth
1335 Detweiler Avenue
Hellertown, PA 18055

Judith Marie Illingworth

1335 Detweiler Avenue
Hellertown, PA 18055

MICHELLE DEWALD
Michelle Dewald, Esquire
44 E. Broad Street
Suite 25
Bethlehem, PA 18018

SCOTT F. WATERMAN
Chapter 13 Standing Trustee
Email: ECFMail@ReadingCh13.com

FREDERIC J. BAKER
Assistant United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107


Date: 2/14/2025

                                            By: /s/ Sherri R. Dicks
                                            Sherri R. Dicks, Esquire