**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>John Warren Illingworth,<br>    Debtor,<br><br>Judith Marie Illingworth,<br>    Joint Debtor.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2006-2 ASSET BACKED NOTES,<br>    Movant,<br><br>      v.<br><br>John Warren Illingworth,<br>    Debtor/Respondent,<br><br>Judith Marie Illingworth,<br>    Joint Debtor/Respondent,<br><br>Scott F. Waterman, Esquire,<br>    Trustee/Additional Respondent. | Bankruptcy No. 23-11784-pmm<br><br>Chapter 13 |

**NOTICE OF MOTION RELISTING MOTION FOR RELIEF FROM**
**AUTOMATIC STAY, RESPONSE DEADLINE AND HEARING DATE**

    Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the Holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes has relisted its Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1); for costs and disbursements of this action, and for such other and further relief as to the Court may deem just and proper.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before **March 11, 2025**, **you or your attorney must file a response to the Motion**. (*see Instructions on next page*).

      (a) File an answer explaining your position at: United States Bankruptcy Court, Eastern District of Pennsylvania, The Gateway Building, 201 Penn Street, Suite 103 Reading, PA 19601.

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough that it will be received on or before the dates stated above; and

      (b) Mail a copy to the Movant's attorney:

> Sherri R. Dicks, Esquire
> Robertson, Anschutz, Schneid, Crane & Partners, PLLC
> 13010 Morris Rd., Suite 450
> Alpharetta, GA 30004
> Telephone: 470-321-7112
> Email: sdicks@raslg.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the Motion is scheduled to be held before **Judge Patricia M. Mayer** on **March 11, 2025 at 10:00 a.m. in Courtroom 4th Floor, United States Bankruptcy Court Eastern District of Pennsylvania, The Gateway Building 201 Penn Street, Suite 103, Reading, PA 19601.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been cancelled because no one filed a response.

Dated: February 18, 2025

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>John Warren Illingworth,<br>    Debtor,<br><br>Judith Marie Illingworth,<br>    Joint Debtor.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2006-2 ASSET BACKED NOTES,<br><br>    Movant,<br><br>        v.<br><br>John Warren Illingworth,<br>    Debtor/Respondent,<br><br>Judith Marie Illingworth,<br>    Joint Debtor/Respondent,<br><br>Scott F. Waterman, Esquire,<br>    Trustee/Additional Respondent. | Bankruptcy No. 23-11784-pmm<br><br>Chapter 13 |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on February 18, 2025 I caused to be served the foregoing Notice of Motion Relisting the Motion for Relief from Automatic Stay of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2006-2 ASSET BACKED NOTES upon the below parties in this proceeding, by First Class Mail, postage prepaid, or electronic mail, at the following addresses:

John Warren Illingworth
1335 Detweiler Avenue
Hellertown, PA 18055

Judith Marie Illingworth
1335 Detweiler Avenue
Hellertown, PA 18055

MICHELLE DEWALD
Michelle Dewald, Esquire
44 E. Broad Street, Suite 25
Bethlehem, PA 18018

SCOTT F. WATERMAN
Chapter 13 Standing Trustee
Email: ECFMail@ReadingCh13.com

FREDERIC J. BAKER
D. TROY SELLARS
Assistant United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Date: 2/18/2025

By: /s/ Sherri R. Dicks
Sherri R. Dicks, Esquire