**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  **John Warren Illingworth and**    :    **Chapter 13**
      **Judith Marie Illingworth,**    :
           **Debtors**    :
                       :    **Case No.**  23-11784-pmm
                       :
                       :

**ORDER SETTING DEADLINE FOR FILING OF STIPULATION**

      **AND NOW, upon consideration of the Motion for Relief from Stay (doc. #66, the**

**"Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc.**

**#68);**

      **AND, the parties having reported the matter settled with a stipulation**

**memorializing the settlement agreement to be filed with the Court within thirty (30) days**

**("the Stipulation");**

      **It is hereby ORDERED that:**

1. **On or before April 10, 2025, the parties shall either file the Stipulation or file a notice**

    **relisting the Motion for hearing.**

2. **Failure to comply timely with Paragraph 1 above, may result in denial of the Motion**

    **without further notice or hearing.**

03/11/2025                         **PATRICIA M. MAYER**
                                         **U.S. BANKRUPTCY JUDGE**