## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| **In re:**<br><br>**John Warren Illingworth,**<br>    Debtor<br><br>**Judith Marie Illingworth,**<br>    Joint/Co-Debtor<br><br>**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2006-2 ASSET BACKED NOTES**<br><br>    Movant<br><br>v.<br><br>**John Warren Illingworth,**<br>    Debtor<br><br>**Judith Marie Illingworth,**<br>    Joint Debtor<br>    Debtor/Respondent<br><br>**Scott F. Waterman, Esquire**<br>    Trustee/Respondent | **Bankruptcy No. 23-11784-pmm**<br><br>**Chapter 13** |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2025, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

_____

U.S. Bankruptcy Judge _____