## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| **In re:**<br><br>**John Warren Illingworth,**<br>    Debtor<br><br>**Judith Marie Illingworth,**<br>    Joint/Co-Debtor<br><br>**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2006-2 ASSET BACKED NOTES**<br><br>    Movant<br><br>v.<br><br>**John Warren Illingworth,**<br>    Debtor<br><br>**Judith Marie Illingworth,**<br>    Joint Debtor<br>    Debtor/Respondent<br><br>**Scott F. Waterman, Esquire**<br>    Trustee/Respondent | **Bankruptcy No. 23-11784-pmm**<br><br>**Chapter 13** |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on <u>March 12, 2025</u>, I served a copy of the Stipulation Resolving Motion for Relief from Stay by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

   John Warren Illingworth
   1335 Detweiler Avenue
   Hellertown, PA 18055

   Judith Marie Illingworth
   1335 Detweiler Avenue
   Hellertown, PA 18055

   MICHELLE DEWALD

Michelle Dewald, Esquire
44 E. Broad Street
Suite 25
Bethlehem, PA 18018

SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
Email: ECFMail@ReadingCh13.com

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107


                                                By: /s/_Sherri Dicks_____