**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**John Warren Illingworth,**<br>　　Debtor<br><br>**Judith Marie Illingworth,**<br>　　Joint/Co-Debtor<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2006-2 ASSET BACKED NOTES<br><br>　　Movant<br><br>v.<br><br>**John Warren Illingworth,**<br>　　Debtor<br><br>**Judith Marie Illingworth,**<br>　　Joint Debtor<br>　　Debtor/Respondent<br><br>**Scott F. Waterman, Esquire**<br>　　Trustee/Respondent | **Bankruptcy No. 23-11784-pmm**<br><br>**Chapter 13** |

**ORDER OF COURT**

AND NOW, this 13th day of March, 2025, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge