United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-11784-pmm

John Warren Illingworth     Chapter 13

Judith Marie Illingworth

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Mar 11, 2025     Form ID: pdf900     Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Warren Illingworth, Judith Marie Illingworth, 1335 Detweiler Avenue, Hellertown, PA 18055-1449 |
| cr | + | Saucon Valley School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 12 2025 03:27:34 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 12 2025 02:33:23 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 12 2025 02:31:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Mar 12 2025 02:31:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Ruby Stone Trust amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Ruby Stone Trust  A Delaware Statutory Trust bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Saucon Valley School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| MICHELLE DEWALD | on behalf of Debtor John Warren Illingworth mdewald@rcn.com |
| MICHELLE DEWALD | on behalf of Joint Debtor Judith Marie Illingworth mdewald@rcn.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes c/o Select Portfolio Servicing Inc. mimcgowan@raslg.com |
| REGINA COHEN | on behalf of Creditor Ally Bank rcohen@lavin-law.com  mmalone@lavin-law.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY rshearer@raslg.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes c/o Select Portfolio Servicing Inc. smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SHERRI DICKS | on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes c/o Select Portfolio Servicing Inc. sdicks@raslg.com, shrdlaw@outlook.com |
| Stephen Franks | on behalf of Creditor Ruby Stone Trust  A Delaware Statutory Trust amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: John Warren Illingworth and        :    Chapter 13
Judith Marie Illingworth,                 :
Debtors                                   :
                                          :    Case No.  23-11784-pmm
                                          :
                                          :

ORDER SETTING DEADLINE FOR FILING OF STIPULATION

AND NOW, upon consideration of the Motion for Relief from Stay (doc. #66, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #68);

AND, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby ORDERED that:

1. On or before April 10, 2025, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

03/11/2025                                    PATRICIA M. MAYER
                                              U.S. BANKRUPTCY JUDGE