UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| JOHN WARREN ILLINGWORTH and | : | Case No: 23-11784 |
| JUDITH MARIE ILLINGWORTH | : | |
| *Debtors* | : | |

## CERTIFICATION OF NO RESPONSE

I, Michelle DeWald. Esquire, Attorney for Debtors, hereby certify that no answer, objection or other responsive pleading has been served upon me nor filed with the Clerk of the Bankruptcy Court with respect to the Debtor's Motion to Modify their Chapter 13 Plan post-Confirmation and the Notice of Motion, which were served as set forth in the Certification of Service filed in this matter on March 6, 2025 and I further certify that the motion is uncontested.

Date: April 2, 2025                                                         s/Michelle DeWald__
                                                                                         Michelle Dewald, Esquire
                                                                                         PA #64955
                                                                                         44 E. Broad Street
                                                                                         Suite 25
                                                                                         Bethlehem, PA 18018
                                                                                         (610) 419-4561 – phone
                                                                                         (610) 419-4872 – fax