UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| JOHN WARREN ILLINGWORTH and | : | Case No: 23-11784 |
| JUDITH MARIE ILLINGWORTH | : | |
| *Debtors* | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (doc. #76 , the "Motion");

It is hereby ordered that:

1) The Motion is granted; and

2) The Modified Plan (doc. #75 ) is approved.

Date: 4/3/25

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE