United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 23-11784-pmm

John Warren Illingworth                                        Chapter 13

Judith Marie Illingworth

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                              User: admin                                        Page 1 of 2

Date Rcvd: Apr 03, 2025                     Form ID: pdf900                            Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + John Warren Illingworth, Judith Marie Illingworth, 1335 Detweiler Avenue, Hellertown, PA 18055-1449 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2025                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | |
| | on behalf of Creditor Ruby Stone Trust amps@manleydeas.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor Ruby Stone Trust  A Delaware Statutory Trust bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | |
| | on behalf of Creditor Saucon Valley School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| MICHELLE DEWALD | |
| | on behalf of Debtor John Warren Illingworth mdewald@rcn.com |
| MICHELLE DEWALD | |
| | on behalf of Joint Debtor Judith Marie Illingworth mdewald@rcn.com |
| MICHELLE L. MCGOWAN | |
| | on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, on behalf of the holders of the Accredited |

Mortgage Loan Trust 2006-2 Asset Backed Notes c/o Select Portfolio Servicing Inc. mimcgowan@raslg.com

REGINA COHEN

on behalf of Creditor Ally Bank rcohen@lavin-law.com  mmalone@lavin-law.com

ROBERT BRIAN SHEARER

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY rshearer@raslg.com

SARAH K. MCCAFFERY

on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, on behalf of the holders of the Accredited
Mortgage Loan Trust 2006-2 Asset Backed Notes c/o Select Portfolio Servicing Inc. smccaffery@friedmanvartolo.com,
ckohn@hoflawgroup.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

SHERRI DICKS

on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, on behalf of the holders of the Accredited
Mortgage Loan Trust 2006-2 Asset Backed Notes c/o Select Portfolio Servicing Inc. sdicks@raslg.com, shrdlaw@outlook.com

Stephen Franks

on behalf of Creditor Ruby Stone Trust  A Delaware Statutory Trust amps@manleydeas.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:                                          :          Chapter 13
JOHN WARREN ILLINGWORTH and     :          Case No: 23-11784
JUDITH MARIE ILLINGWORTH          :
   *Debtors*                        :


### ORDER GRANTING MOTION TO MODIFY PLAN


   AND NOW upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (doc. #<u>76</u> , the "Motion");

 It is hereby ordered that:

 1) The Motion is granted; and

 2) The Modified Plan (doc. #75 ) is approved.


Date: 4/3/25

     _____
     PATRICIA M. MAYER
     U.S. BANKRUPTCY JUDGE