**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **John Warren Illingworth** | : | **Case No.: 23-11784** |
| **Judith Marie Illingworth** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Adam B. Hall**, who shall be substituted for Stephen R. Franks as counsel of record for creditor **Ruby Stone Trust, A Delaware Statutory Trust** ("Creditor"). Stephen R. Franks is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Stephen R. Franks | /s/ Adam B. Hall |
| Stephen R. Franks (0075345) | Adam B. Hall (323867) |
| MDK Legal | MDK Legal |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| SRFranks@mdklegal.com | ABHall@mdklegal.com |

23-014708_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 23-11784** |
| **John Warren Illingworth** | : | **Chapter 13** |
| **Judith Marie Illingworth** | : | **Judge Patricia M. Mayer** |
| | : | ********************* |
| **Debtor(s)** | | |
| | : | |
| **Ruby Stone Trust, A Delaware Statutory Trust** | : | **Related Document #** |
| | : | |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **John Warren Illingworth** | : | |
| **Judith Marie Illingworth** | : | |
| **Scott F. Waterman** | : | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

Michelle DeWald, Attorney for John Warren Illingworth and Judith Marie Illingworth, mdewald@rcn.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

John Warren Illingworth and Judith Marie Illingworth, 1335 Detweiler Avenue, Hellertown, PA 18055

/s/ Adam B. Hall

23-014708_PS