| | |
|---|---|
| Office Mailing Address:<br>Scott F. Waterman, Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA  19606 | Send Payments **ONLY** to:<br>Scott F. Waterman, Trustee<br>P.O. Box 680<br>Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 23-11784-PMM**

| | |
|---|---|
| John Warren Illingworth<br>Judith Marie Illingworth<br>1335 Detweiler Avenue<br>Hellertown  PA    18055 | Petition Filed Date: 06/19/2023<br>341 Hearing Date: 08/29/2023<br>Confirmation Date: 03/14/2024 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/19/2024 | $2,664.75 | | 09/23/2024 | $2,664.75 | | 10/24/2024 | $2,664.75 | |
| 11/25/2024 | $2,664.75 | | 01/02/2025 | $2,664.75 | | 01/31/2025 | $2,664.75 | |
| 03/03/2025 | $2,664.75 | | 03/31/2025 | $2,748.85 | | 05/07/2025 | $2,748.85 | |
| 06/06/2025 | $2,748.85 | | 07/16/2025 | $2,756.84 | | | | |

**Total Receipts for the Period:  $29,656.64    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $56,808.83**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $2,600.00 | $2,600.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $1,003.17 | $198.45 | $804.72 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $198.92 | $198.92 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $3,065.83 | $0.00 | $3,065.83 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $28,148.55 | $28,148.55 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $26,662.10 | $0.00 | $26,662.10 |
| 6 | EDUCATIONAL CREDIT MGMT CORP<br>»» 003 | Unsecured Creditors | $174,932.61 | $0.00 | $174,932.61 |
| 7 | SAUCON VALLEY SCHOOL DISTRICT<br>»» 004 | Secured Creditors | $5,375.19 | $1,063.35 | $4,311.84 |
| 8 | ONE MAIN FINANCIAL GROUP LLC<br>»» 05S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | ONE MAIN FINANCIAL GROUP LLC<br>»» 05U | Unsecured Creditors | $4,670.45 | $0.00 | $4,670.45 |
| 10 | ALLY BANK<br>»» 006 | Secured Creditors | $553.17 | $109.44 | $443.73 |
| 11 | RUSHMORE SERVICING<br>»» 007 | Ongoing Mortgage | $16,202.19 | $3,205.24 | $12,996.95 |
| 12 | SELECT PORTFOLIO SERVICING INC<br>»» 008 | Mortgage Arrears | $79,754.38 | $15,777.61 | $63,976.77 |
| 13 | MOHELA ON BEHALF OF<br>»» 009 | Unsecured Creditors | $165,057.25 | $0.00 | $165,057.25 |
| 14 | BOROUGH OF HELLERTOWN | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 15 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 23-11784-PMM

| | | | | | |
|---|---|---|---|---|---|
| 16 | SELECT PORTFOLIO SERVICING INC »» 08P | Secured Creditors | $3,367.14 | $512.55 | $2,854.59 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $56,808.83 | Current Monthly Payment: | $2,748.85 |
| Paid to Claims: | $51,814.11 | Arrearages: | $2,732.87 |
| Paid to Trustee: | $4,994.71 | Total Plan Base: | $153,002.60 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.