Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

John Warren Illingworth
Judith Marie Illingworth
1335 Detweiler Avenue
Hellertown, PA 18055

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 23-11784-PMM**

Petition Filed Date: 06/19/2023
341 Hearing Date: 08/29/2023
Confirmation Date: 03/14/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2025 | $2,756.84 | | 09/25/2025 | $2,764.83 | | 10/27/2025 | $2,764.83 | |
| 11/25/2025 | $2,764.83 | | 01/13/2026 | $2,748.85 | | 02/13/2026 | $2,748.85 | |
| 03/26/2026 | $2,748.85 | | 05/11/2026 | $2,756.84 | | 06/08/2026 | $2,748.85 | |
| 07/07/2026 | $2,748.85 | | | | | | | |

**Total Receipts for the Period: $27,552.42 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $84,353.26**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $2,600.00 | $2,600.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $1,003.17 | $443.63 | $559.54 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $198.92 | $198.92 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $3,065.83 | $0.00 | $3,065.83 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $28,148.55 | $28,148.55 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $26,662.10 | $0.00 | $26,662.10 |
| 6 | EDUCATIONAL CREDIT MGMT CORP<br>»» 003 | Unsecured Creditors | $174,932.61 | $0.00 | $174,932.61 |
| 7 | SAUCON VALLEY SCHOOL DISTRICT<br>»» 004 | Secured Creditors | $5,375.19 | $931.80 | $4,443.39 |
| 8 | ONEMAIN FINANCIAL GROUP LLC<br>»» 05S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | ONEMAIN FINANCIAL GROUP LLC<br>»» 05U | Unsecured Creditors | $4,670.45 | $0.00 | $4,670.45 |
| 10 | ALLY BANK<br>»» 006 | Secured Creditors | $553.17 | $231.56 | $321.61 |
| 11 | RUSHMORE SERVICING<br>»» 007 | Ongoing Mortgage | $16,202.19 | $7,165.03 | $9,037.16 |
| 12 | SELECT PORTFOLIO SERVICING INC<br>»» 008 | Mortgage Arrears | $79,754.38 | $35,269.43 | $44,484.95 |

**Chapter 13 Case No. 23-11784-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | MOHELA ON BEHALF OF<br>»» 009 | Unsecured Creditors | $165,057.25 | $0.00 | $165,057.25 |
| 14 | BOROUGH OF HELLERTOWN | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 15 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | SELECT PORTFOLIO SERVICING INC<br>»» 08P | Secured Creditors | $3,367.14 | $1,382.27 | $1,984.87 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $84,353.26 | Current Monthly Payment: | $2,748.85 |
| Paid to Claims: | $76,371.19 | Arrearages: | $8,174.64 |
| Paid to Trustee: | $7,054.80 | Total Plan Base: | $153,002.60 |
| Funds on Hand: | $927.27 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.